UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-160 (NEB/JFD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JOINT PROPOSAL FOR THIRD** |
| v. | ) | **PRETRIAL SCHEDULING** |
| | ) | **ORDER** |
| MONTEZ BROWN et al., | ) | |
| | ) | |
| Defendants. | ) | |

The United States of America, by and through its attorneys Andrew M. Luger, United States Attorney for the District of Minnesota, and Justin A. Wesley and Samantha H. Bates, Assistant United States Attorneys, and Brian W. Lynch, DOJ Trial Attorney, moved to designate this case as complex (DCD 532) following the Superseding Indictment in this case (DCD 450). The Court ordered deadlines for responses, a timeline for the parties to meet and confer, and ordered a joint report to the Court on or before Friday, December 15, 2023. (DCD 578). Since that Order, the defense filed various responses and objections. DCD 586, 588, 593, 594, 596, 597, 598, 599, 600, 602, 603, 604, 606, 607, 608, 609, 611, and 612.

The government has met and conferred with the representatives for all of the defendants in this matter, and all parties have agreed upon a proposed scheduling order (with the exception of the highlighted portion in yellow) (Attached). The defense has requested the highlighted portion in yellow to be included, and the government objects. The parties would like to be heard on this issue.

Defendant Gregory Brown maintains his objection to the complex case designation. However, should the Court designate this case as complex, Defendant Brown agrees to the proposed scheduling order.

Please note the government has agreed to certain deadlines which are included in the proposed order, including providing an initial round of exhibits 4 weeks prior to trial, providing most non-cooperator *Jencks* materials pursuant to the protective order, and providing all *Jencks* material two weeks prior to trial.

Finally, both parties respectfully propose a trial date of either October 21 or 28, 2024, with the understanding that Court dates are under complete control and availability of the Court.

## **CONCLUSION**

For the foregoing reasons, the parties respectfully request that the Court issue the joint proposed Order.

Dated: December 15, 2023

Respectfully Submitted,

ANDREW M. LUGER
United States Attorney

s/ *Justin A. Wesley*

BY:  JUSTIN A. WESLEY
Assistant U.S. Attorney
Attorney ID No. 0389189