

0:41 / 2:10

**Knowledge | "Not From The Lows" | Shot By; A.O Productions**







**Photo ID**

716317735909262

Id  716317735909262

Title  We was RAISED by MADE MEN but we MADE OURSELVES☐☐☐☐☐☐☐☐☐☐☐!!
#WHOLE TRUTH #REALEST #BROADWAY

Link  https://www.facebook.com/photo.php?fbid=716317735909262&set
=a.113034652904243&type=3

Upload Ip  172.58.87.30

Album Name  Mobile uploads

Uploaded  2020-10-04 01:17:14 UTC

Author  Moe Foreign (100025931270899)

Taken  2020-10-04 01:18:25 UTC

Orientation  1

Tags

Image



**Photo ID** 369083107299395

**Id** 369083107299395
**Title** Good time wit the FAMILY  YALL KNOW HOW WE COMIN WHEN WE GET TOGETHER  GOOD VIBES ONLYYYYYY  #HIGHEND #THE MOBB #GOOD TIME #MOMENTS TO REMEMBER
**Link** https://www.facebook.com/photo.php?fbid=369083107299395&set=a.113034652904243&type=3
**Upload Ip** 2607:fb90:983d:79bf:f065:873f:fd11:9561
**Album Name** Mobile uploads
**Uploaded** 2019-05-26 20:54:29 UTC
**Author** Moe Foreign (100025931270899)
**Taken** 2019-05-26 20:54:30 UTC
**Orientation** 1
**Tags**
    **Subject Id** 100020687649949
    **Subject Name** Mophead Skoboi
    **Creator Id** 100025931270899
    **Date Created** 2019-05-26 21:13:50 UTC
    **X** 53
    **Y** 24
    **Status** active

    **Subject Id** 100019258181091
    **Subject Name** Khadafi Abdul
    **Creator Id** 100025931270899
    **Date Created** 2019-05-26 21:13:50 UTC
    **X** 58

**Photo ID**
280524497174055

**Text**
**Time** 2021-08-19 14:06:53 UTC

**Posted** 2021-08-15 09:11:14 UTC
**Status** Be careful who you TRUST SALT & SUGAR looks the same⬜⬜⬜⬜⬜♂⬜⬜!!!!!! #MINE #STREET
MONEY⬜⬜⬜⬜♂ #ONLY MISSIN A FEW #⬜⬜⬜⬜ BROTHAS
**Mobile** true
**Id** 913515536189480
**Author** Moe Foreign (100025931270899)

**Posted** 2021-08-15 06:44:48 UTC
**Status** BROADWAY PAID STREET MONEY WE AINT GANG,SQUAD or GUYZ FAMILY ⬜⬜⬜⬜❤ Realest
FAMILY⬜⬜⬜⬜⬜⬜⬜⬜♂ #BOO BROTHA's #FAMILY #⬜⬜⬜⬜GANG
**Mobile** true
**Id** 913458062861894
**Author** Moe Foreign (100025931270899)

**Posted** 2021-08-14 18:16:25 UTC
**Status** We in our own LANE and we DRIVIN IN IT LIKE A BAT OUT OF HE!! #⬜⬜⬜⬜⬜⬜⬜ #OUR ⬜⬜'s for
BOOSIE—BOO —BROADWAY #FAMILY ⬜⬜⬜⬜A GANG
**Mobile** true
**Id** 913158432891857
**Author** Moe Foreign (100025931270899)
**Comments**     **User** Williams Lootchi Perry (100001334607713)
    **Text** ⬜⬜⬜⬜⬜#bway 4eva #who ever trying get in the way while u driving
       run they ass over be safe #fella
    **Time** 2021-08-15 16:38:35 UTC

**Posted** 2021-08-14 03:41:20 UTC
**Status** Wish I could get us out the GHETTO⬜⬜⬜⬜⬜⬜♂⬜⬜⬜⬜♂ We deserve so much more  It's so much
more to life  #DREAMS BECOME REALITY
**Mobile** true
**Id** 912760169598350
**Author** Moe Foreign (100025931270899)
**Comments**     **User** Flock Banks (100053201675509)
    **Text** Don't even trip moe we gone get us out this bitch in do time ⬜⬜
    **Time** 2021-08-14 04:44:24 UTC

    **User** Moe Foreign (100025931270899)
    **Text** @[100053201675509:2048:Flock Banks] FAITH⬜⬜⬜⬜⬜⬜⬜
    **Time** 2021-08-14 04:53:46 UTC

    **User** Mbk Manno Manno (100004549238412)
    **Text** Stay focused u got it stone ⬜⬜⬜⬜⬜⬜⬜⬜⬜
    **Time** 2021-08-14 05:25:11 UTC

    **User** Moe Foreign (100025931270899)
    **Text** @[100004549238412:2048:Mbk Manno Manno] Gratitude Stone
       ⬜⬜⬜⬜⬜ Love you big brother  Keep doing wat you doing out the way



**Photo ID**

602557847851198

**Id** 602557847851198

**Title** Miss yo crybaby ass 😭😭 #LLMunna #BG🕊️🕊️🕊️

**Link** https://www.facebook.com/photo.php?fbid=602557847851198&set
=a.137234884383499&type=3

**Upload Ip** 2607:fb90:fa86:8784:3df6:348c:5524:2350

**Album Name** Mobile uploads

**Uploaded** 2021-10-31 21:56:25 UTC

**Author** DB Cooper (100042909652402)

**Taken** 2021-10-31 21:35:37 UTC

**Modified** 2021-10-31 21:35:37 UTC

**Camera Make** Apple

**Camera Model** iPhone 12

**Orientation** 1

**Exposure** 6785098/4294967295

**Fstop** 3435973836/2147483647

**Iso Speed** 32

**Focal Length** 3607772527/858993459

**Latitude** 45.031569444444

**Longitude** -93.288655555556

**Tags**