**UNITED STATES DISTRICT COURT**
**District of Minnesota**

CHAMBERS OF
NANCY E. BRASEL
U.S. DISTRICT JUDGE
300 SOUTH FOURTH STREET
MINNEAPOLIS, MINNESOTA 55415
(612) 664-5050

**Criminal No. 23-160 (NEB/JFD) (USA v. Tyreese Giles, Josiah Taylor, Trevaun Robinson, William Banks and Gregory Brown)**

**June 3, 2025**

Members of the jury:

On June 2, 2025, at 4:28 p.m. you asked the following question:
Clarification –

We would like clarification on the pink highlighted portion on page 33.
Namely:

- Do each of the defendants have to commit 2 racketeering activities or does the enterprise have to commit 2 acts of racketeering activities?

ANSWER:

You may read these instructions in combination, but the language of the instructions gives you all of the information that you need.

s/Nancy E. Brasel
NANCY E. BRASEL
United States District Judge