Clarification –

We would like clarification on the pink highlighted portion on page 33.

Namely:

- Do each of the defendants have to commit 2 ~~[illegible]~~ racketeering activites or does the enterprise have to commit 2 acts of racketeering activities?

Signature Redacted

Signature Redacted

Signature Redacted