**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

26. GREGORY BROWN,
a.k.a Lil' G,
a.k.a Knowledge,

Defendant.

Case No. 23-cr-160 (NEB/JFD)

**DECLARATION OF MATTHEW SCHOMMER IN SUPPORT OF MOTION FOR PRELIMINARY ORDER OF FORFEITURE**

Matthew Schommer, for his declaration pursuant to 28 U.S.C. § 1746, states as follows:

1. Your affiant is a Special Agent with the Internal Revenue Service-Criminal Investigations ("IRS-CI") and has been so employed since 2005.

2. I am one of the case agents assigned to the investigation the Defendant. This Declaration is based on my personal knowledge, review of records, and information provided to me by other law enforcement personnel.

3. This Declaration is submitted in support of a Motion for Preliminary Order of Forfeiture for $5,000 in U.S. Currency seized from Safe Deposit Box 0000113 at a US Bank Branch located at 30 4th St. NE, Minneapolis, Minnesota. I testified extensively at the defendant's trial regarding his lack of legitimate income and the large expenditures made by the defendant. This testimony included tax returns, bank records, vehicle loan documents, flight records and other items. This declaration is submitted as a supplement to the testimony and evidence submitted at trial and in

other post-trial matters. Because this declaration is submitted for that limited purpose, it does not contain all facts known to me in connection with this investigation.

4. On October 11, 2023, FBI Task Force Officer David Ligneel swore out an application for a search warrant before Magistrate Judge Jon T. Huseby, who issued the requested warrant authorizing a search of the safe deposit box referenced above and seizure of, among other things, currency. The warrant was executed on October 16, 2023 and $5,000 in U.S. Currency was seized from the safe deposit box. A copy of the search warrant with the Affidavit, exhibits, and return (but without the sealing petition and order) is attached as **Exhibit A**. I am familiar with the contents of Exhibit A and participated in the drafting of that Affidavit.

5. Brown was an active participant in the RICO conspiracy, and the conspiracy's main activities centered around narcotics and guns. As is set forth in TFO Ligneel's affidavit, evidence of Brown's participation included Cash App records showing thousands of dollars of payments going back and forth between Brown and other Highs members, such as Montez Brown, Deandre Poe and Robert Lesure in furtherance of the RICO conspiracy.

6. As was shown in greater detail at trial, Brown was a high-ranking member of the Highs. There was evidence that fentanyl packages were delivered to properties he controlled, and he exhibited wealth for which the only known plausible explanation is his participation in the activities of Highs gang.

7. Consistent with my trial testimony, Brown had little if any known income outside of his activities in connection with the Highs, and the RICO

conspiracy. His last known legitimate employment was working for UNFI, but that employment ended on or about April 19, 2021, when Brown was fired for an excess of unexcused absences.

8. As was also discussed at trial, although Brown began breeding French Bulldogs, the only plausible source of income he could have used to fund the significant investment necessary to engage in that activity was the money he earned through his gang activities, which included narcotics trafficking.

9. Brown opened the safe deposit box from which the Currency was seized nearly 17 months later after his UNFI employment ended. Brown was the only account owner/renter for the safe deposit box, and all funds used to pay for the safe deposit box came from other bank accounts held by Brown.

10. As a result, the only plausible source of the Currency is Brown's RICO activities.

11. For the reasons stated in the search warrant affidavit, this Declaration, at trial, and based on the investigation in this matter, I respectfully submit that Brown acquired and maintained the Currency in violation of § 1962 and that it afforded him a source of influence over the criminal enterprise.

Dated: April 6, 2026

*s/Matthew J. Schommer*
Matthew Schommer
IRS-CI Special Agent