**STATE OF MINNESOTA** **DISTRICT COURT**

| County Hennepin | Judicial District: Fourth<br>Court File Number: 27-CR-17-5758<br>Case Type: Criminal |
|---|---|

State of Minnesota,
Plaintiff

**ORDER TO CREDIT TIME SERVED/CLOSE CASE**

vs.

Gregory Jermone Brown,
Defendant

The above-entitled matter will be heard before the Honorable Shereen Askalani Judge of Hennepin District Court, on April 13, 2026, at the Hennepin County Judicial Center in Minneapolis, Minnesota.

**Based upon all the files and records herein, the Court makes the following:**

## FINDINGS OF FACT

1. On August 28, 2018, Gregory Jermone Brown was sentenced to 62 months, executed forthwith, and Defendant was transported to the Department of Corrections to complete the first two thirds of that sentence in custody. He completed that portion on August 4, 2020, at which point he was placed on Supervised Release, formerly known as parole.

2. Gregory Jerome Brown's 62-month sentence was completed, and the Supervise Release term expired, on October 28, 2023, thus relieving him of all court-mandated supervision and associated consequences, notwithstanding the five (5) year term of conditional release, which continues per the DOC website until April 2, 2027, unaffected by this Order. The arrest of Defendant Brown on unrelated federal charges in October of 2023 did not extend his sentence in this matter, and he was released from the Department of Corrections/MCF—Lino Lakes back to the Sherburne County Adult Detention Center in November of 2023, confirming the expiration of this sentence.

   Mr. James Hanneman, Esq. of the Hennepin County Attorney's Office has been involved in this matter of late, and has conferred with Daniel Adkins, the attorney representing Defendant Brown, and he concurs, on behalf of the State, with the foregoing timeline and the legal effect of the expiration of Mr. Brown's sentence.

**Based upon the foregoing Findings of Fact, the Court makes the following:**

## ORDER

1. The Honorable Shereen Askalani, Judge of Hennepin District Court, does hereby affirm that as of October 28, 2023, Mr. Gregory Brown had no Hennepin sentence to serve in regard to the above captioned manner. At that point, he was detained solely in relation to the Federal matter for which he now anticipates formal sentencing on May 18, 2026 (that file is Criminal No. 23-160(16) (NEB).

Date: 4.13.26

SHEREEN ASKALANI

The Honorable Shereen Askalani,
Judge of Hennepin County District Court