# UNITED STATES DISTRICT COURT
for the
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | **USCA 8 NO. 26-2066** |
| Plaintiff, | District Court Docket: 23-160 (26) |
| v. | **DEFENDANT'S REQUEST FOR AFFIRMATION OF IN FORMA PAUPERIS STATUS AND ELIGIBILITY FOR APPOINTMENT OF COUNSEL** |
| Gregory Jerome Brown, | |
| Defendant. | |

TO: The Clerk of this Court; the Honorable Nancy E. Brasel, presiding; and Counsel of Record.

**COMES NOW,** Mr. Gregory Brown, Defendant, to submit this request for an order affirming that the Court, through Judge Nancy E. Brasel, has granted him in forma pauperis status, thereby removing the obligation to pay the filing fee for his direct appeal, and confirming his eligibility for appointment of counsel pursuant to the Criminal Justice Act under Minnesota jurisdiction.

## FACTUAL AND PROCEDURAL BACKGROUND

Gregory Brown is the Appellant/defendant in the above-captioned matter pending before this Court.

At his formal sentencing dated May 18, 2026, Judge Nancy E. Brasel granted Mr. Brown's application to proceed *in forma pauperis* during the hearing and in open court, thereby waiving the requirement that he pay the filing fee for his direct appeal.

Mr. Brown seeks confirmation from the Court that he is not obligated to pay the filing fee for his direct appeal as a result of the in forma pauperis status.

Mr. Brown further seeks affirmation that, as an indigent defendant, he is eligible for appointment of counsel under the Criminal Justice Act, consistent with the laws and procedures of the State of Minnesota. We are contemporaneously filing a proposed order to this effect, and we do not anticipate any objection from the Government, though of course we will defer to their office for a formal response.

## LEGAL BASIS

Under 28 U.S.C. § 1915, a court may authorize the commencement, prosecution, or defense of any suit, action, or proceeding without prepayment of fees or security therefore by a person who submits an affidavit that includes a statement of all assets such person possesses and that the person is unable to pay such fees or give security therefor.

The Criminal Justice Act, 18 U.S.C. § 3006A, provides for the appointment of counsel for financially eligible defendants in federal criminal proceedings.

Minnesota law and the rules of this Court further provide for the appointment of counsel to indigent defendants and the waiver of filing fees upon a proper showing of indigency.

## RELIEF REQUESTED

**WHEREFORE**, Defendant Gregory Brown respectfully requests that the Court:

- Affirm that Judge Nancy E. Brasel has granted *in forma pauperis* status to Mr. Brown, thereby removing the obligation to pay the filing fee for his direct appeal;
- Confirm that Mr. Brown is eligible for appointment of counsel under the Criminal Justice Act and applicable Minnesota law; and
- Grant such other and further relief as the Court deems just and proper.

**NORTH STAR LAW, PLLC**


_/s/ Daniel S. Adkins_
Daniel S. Adkins (#0266085)
1295 Bandana Blvd., Ste. 335
St. Paul, MN 55108
Dan@northstarlaw.com
Ph.: 651-330-9678
F: 651-330-9729

**(Prior) Attorney for Defendant**