# UNITED STATES DISTRICT COURT
for the
# DISTRICT OF MINNESOTA

---

United States of America,

Plaintiff,

v.

Gregory Jerome Brown,

Defendant.

**USCA 8 NO. 26-2066**

District Court Docket: 23-160 (26)

**PROPOSED ORDER AFFIRMING IN FORMA PAUPERIS STATUS AND ELIGIBILITY FOR APPOINTMENT OF COUNSEL**

---

Upon consideration of the record and the prior grant of *in forma pauperis* status to Defendant Gregory Brown by the Honorable Judge Nancy E. Brasel, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Court affirms that Defendant Gregory Brown has been granted *in forma pauperis* status in this matter.
2. As a result of this status, Defendant Gregory Brown is relieved of any obligation to pay the filing fee for his direct appeal in this case.
3. The Court further confirms that Defendant Gregory Brown is eligible for appointment of counsel pursuant to the Criminal Justice Act, in accordance with applicable federal and Minnesota law.

SO ORDERED.

Date: ______________________ ______________________________________

The Honorable Nancy E. Brasel,
Judge of United States District Court